# Court of Appeals
# of the State of Georgia

ATLANTA,  March 04, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0326.  JOHN I. PAULK, JR. v. CARROLL COUNTY, GEORGIA et al.

In this zoning case, plaintiff John Paulk, Jr., seeks discretionary review of a superior court order that: (i) denied his request for a declaratory judgment regarding permitted uses of his land under Carroll County (the "County") zoning ordinances; and (ii) effectively affirmed the County's denial of Paulk's request for a conditional use permit to build a special event facility.[1]  Paulk challenges several of the superior court's rulings, including a ruling that rejected Paulk's claim that one of the ordinances at issue is unconstitutionally vague.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)).  Because the superior court rejected Paulk's challenge to the constitutionality of a County ordinance, it appears that jurisdiction over this application may lie in the Supreme Court.  As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis*

---

[1] Paulk also filed a notice of direct appeal, although that appeal has not yet been docketed in this Court.

*& Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* __03/04/2019_____
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
   *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*